

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-26-2007

# USA v. Shedrick

Precedential or Non-Precedential: Precedential

Docket No. 04-2329

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"USA v. Shedrick" (2007). 2007 Decisions. Paper 1154.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1154

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

———————————

No. 04-2329

———————————

UNITED STATES

v.

JAMES SHEDRICK,

Appellant

———————————

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Criminal Action No. 02-cr-00523)
District Judge: Honorable Legrome D. Davis

———————————

Before:  AMBRO, FUENTES, and GREENBERG, <u>Circuit Judges</u>

——————————— **O R D E R** ———————————

The panel in the above-captioned case hereby grants panel rehearing *sua sponte*, and the precedential opinion filed February 28, 2007, reported at 478 F.3d 519 (3d Cir. 2007), is hereby vacated.

By the Court,


<u>/s/ Thomas L. Ambro</u>
Circuit Judge


Dated:  April 26, 2007
ARL/cc: PAL; TPH